WENDY A. COOK, Appellant, v OSWEGO COUNTY et al., Respondents. (Appeal No. 2.) [935 NYS2d 518]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see* CPLR 5501 [a] [2]). Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.